EXHIBIT 2

Page 1

1                              STATE OF FLORIDA

                   DIVISION OF ADMINISTRATIVE HEARINGS

2

3     OLIVER JAMES

4     Plaintiff(s),

5     - vs -

6     THE BREAKERS PALM BEACH, INC.

7     Defendant(s).

8     _____/

9

10                  DEPOSITION OF OLIVER JAMES

11                     October 24, 2024

12                       10:10 a.m.

13

14

15

16

17

18

19

20

21

22       REPORTED BY: TRACEY SLYE, COURT STENOGRAPHER

23

24

25       Job No. CS6974724

1               APPEARANCES OF COUNSEL

2

3     RONALD WEIL, ESQ.

      Weil Law Firm, P.A.

4     201 S Biscayne Blvd

      Miami, FL 33131

5              Counsel for the Plaintiff(s)

6

7     HOLLY GRIFFIN GOODMAN, ESQ.

      Gunster

8     777 S Flagler Dr Ste 500E

      West Palm Beach, FL 33401-6121

9              Counsel for the Defendant(s)

10

11    Also present:

12            Ashley Connell, videographer

13            Kristy Pressly

14

15

16

17

18          E X A M I N A T I O N S

19    Witness                                  Page

20    OLIVER JAMES

21    DIRECT EXAMINATION BY MS. GRIFFIN GOODMAN .........7

22    CROSS EXAMINATION BY MR. WEIL ...................124

23    REDIRECT EXAMINATION BY MS. GRIFFIN GOODMAN .....134

24    RECROSS EXAMINATION BY MR. WEIL ................137

25    REDIRECT EXAMINATION BY MS. GRIFFIN GOODMAN .....138

```
 1    RECROSS EXAMINATION BY MR. WEIL .................138
 2    ========================================================
 3                         E X H I B I T S
 4           DEFENDANT'S MARKED FOR IDENTIFICATION
 5    EXHIBIT               DESCRIPTION                 PAGE
 6
 7    EXHIBIT 1                 Emails                    30
 8    EXHIBIT 2            Video, Breakers 13             36
 9    EXHIBIT 3            Video, Breakers 15             37
10    EXHIBIT 4            Video, Breakers 16             38
11    EXHIBIT 5            Video, Breakers 29             47
12    EXHIBIT 6        Video entitled Live at the         59
                            Breakers
13
      EXHIBIT 7            Video, Breakers 401            69
14
      EXHIBIT 8              Text Message                 93
15
      EXHIBIT 9              Text Message                 96
16
      EXHIBIT 10             Text Message                 97
17
      EXHIBIT 11   Complaint of discrimination with       99
18                 the Florida Commission on Human
                            Relations
19
      EXHIBIT 12        Transmittal of petition          100
20
21                 (Exhibits retained by counsel)
22
23
24
25
```

Page 4

1                    CERTIFIED QUESTION

2

3        Page 105, lines 20-22

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 13

1          Q     And you served your time for those crimes?

2          A     Yes, ma'am.

3          Q     Okay.  And you haven't been convicted of

4    any other crimes?

5          A     No, ma'am.

6          Q     Just wanted to make sure we knew about the

7    ones that were out there.  So what do you do for

8    work, Mr. James?

9          A     I'm a social media influencer and

10   motivational speaker.

11         Q     Tell me about the motivational speaking,

12   what is the topic that you speak on?

13         A     Most of the time it's on literacy and

14   education.

15         Q     Are those topics close to your heart?

16         A     Yes.

17         Q     And you're a social media influencer.  Do

18   you have one primary social media outlet or are you

19   on multiple?

20         A     Multiple.

21         Q     Okay.  What social media outlets are you?

22         A     I'm on mainly Instagram and TikTok.

23         Q     Okay.  And so you said mainly Instagram

24   and TikTok.  Are there other social media platforms

25   where you have an account?

Page 15

1    it was last year.  I'm not 100 percent sure of the

2    date.

3         Q    November, December, what time -- do you

4    remember whether it happened -- strike that.

5              Did you interview with People Magazine

6    before you came to The Breakers?

7         A    I'm not 100 percent sure.

8         Q    If the People Magazine article said that

9    at the time it was published that you had 273,000

10   followers, does that sound about right?

11        A    Yes.

12        Q    Do you make money from TikTok?

13        A    Yes.

14        Q    So how do you get paid from TikTok?

15        A    Well, either they will send you gifts.  I

16   don't really make like money from gifts.  Those are

17   just sent without my like acknowledgment, but the

18   other way we make money is through a post.

19             If you do a certain amount of views on a

20   post, you can make money.  And my main source of

21   money is leads so by people seeing the post they

22   will contact me through the post to hire me for

23   speaking engagements.

24        Q    So tell me the first one you mentioned was

25   gifts.  What is a gift on TikTok?

Page 43

```
1        A     It was an open turf area in the back of
2     the property.
3        Q     Why did you choose that location?
4        A     Because no one was around me.
5        Q     Did anyone from The Breakers tell you that
6     you could record on that lawn area?
7        A     No, ma'am.
8        Q     Did you ask anyone from The Breakers
9     whether you could record?
10       A     No, ma'am.
11       Q     So you get to this lawn area and you
12    decide this is where you plan to film.  Walk me
13    through your process when you're getting ready to
14    livestream.  How do you set yourself up?
15       A     Usually with some type of movement, maybe
16    dancing, working out, any type of movement.
17       Q     So I know that you're recognized for your
18    videos on TikTok about your journey in learning to
19    read.
20             Do you ever get nervous reading on camera?
21       A     Yes, ma'am.
22       Q     Do you do anything to get yourself in the
23    right head space or hype yourself up?
24       A     Yes, ma'am.
25       Q     What do you do to hype yourself up?
```

Page 44

1          A     Dance, exercise, talk to myself, sometimes

2     breathe, listen to music.

3          Q     You're listening to music.  Do you ever

4     single out loud while you're dancing?

5          A     Yes, ma'am.

6          Q     If you're talking to yourself, what kind

7     of things do you say to yourself if you're hyping

8     yourself up before going on a livestream?

9          A     Positive things.

10          Q     I'm sorry, I didn't catch that.  Can you

11     repeat?

12          A     Positive, positive words.

13          Q     Can you give me some examples?

14          A     You're smart.  You can do this.  Don't be

15     scared.  I love you.  We are smart.  We are

16     together.  We can read.  We learned.  Your past

17     doesn't define you.  You can overcome.  Please, be

18     kind to yourself.

19          Q     When you're trying to hype yourself up and

20     you're making these positive affirmations, are you

21     whispering it yourself?

22          A     Sometimes.

23          Q     Okay.  And sometimes do you say it louder

24     to really get yourself ready?

25          A     Yes, ma'am.

Page 45

```
 1              MR. WEIL:  Form of the question.  Are we
 2         talking about the incident or are we talking
 3         about generally?
 4   BY MS. GRIFFIN GOODMAN:
 5         Q    I'm sorry, you said yes, ma'am?
 6              MR. WEIL:  Object to the form.
 7   BY MS. GRIFFIN GOODMAN:
 8         Q    I'm sorry, Mr. James, I didn't catch your
 9   answer.  Did you say yes, ma'am?
10         A    Are we talking about the incident or are
11   we talking about general?
12         Q    I asked whether sometimes you will talk to
13   yourself more loudly to really get yourself excited
14   and ready?
15              MR. WEIL:  Object to the form.
16         A    Yep.
17   BY MS. GRIFFIN GOODMAN:
18         Q    Do you recall whether you were -- hyping
19   yourself up and having this conversation with
20   yourself on the morning that you were at The
21   Breakers?
22         A    Yes, ma'am.
23         Q    Do you recall what your volume was when
24   you were hyping yourself up the morning at The
25   Breakers on the lawn?
```

Page 54

1    what looks to be your phone on a tripod?

2        A    Yes, ma'am.

3        Q    Okay.  What are you doing in this still?

4        A    I don't know.

5        Q    It looks like your arm is out towards your

6    cell phone, would you agree with that?

7        A    Yes, ma'am.

8        Q    Okay.  I'm going to hit play.  Please

9    watch your screens, let me know if you see yourself.

10   It looks like you might have touched the bottom of

11   your phone.  Did you see that?

12       A    Yes, ma'am.

13       Q    Do you know whether you were recording at

14   this point while you were on the ocean lawn at The

15   Breakers on the morning of November 13, 2023?

16       A    I don't know.  I might have been.  I don't

17   know.

18       Q    I'm going to hit play again and ask you to

19   explain what it is that you were doing at this time

20   as seen in the video.

21       A    It's just frozen.

22       Q    Okay.  Do you recall what you were doing

23   on the ocean lawn just before The Breakers security

24   approached you on the morning of November 13?

25       A    Warming up to read on line.

Page 56

1     A     You go into the app and you push live

2     button and then you push record live like go live.

3     Q     Is there a delay between when you press go

4     live and when the recording starts?

5     A     Yeah, it does like a couple second count.

6     Q     Why did you decide to go live when

7     security approached?

8     A     I kind of been taught to do that.

9     Q     Taught by whom?

10    A     Peers, family members.

11    Q     For what purpose?

12    A     Safety.

13    Q     What happened when security at The

14    Breakers approached you on November 13?

15    A     I'm not sure what happened, but they asked

16    questions.

17    Q     What did security from The Breakers ask

18    you on the morning of November 13?

19    A     I don't remember exactly.

20    Q     Do you remember what the subject area was,

21    what the questions were about?

22    A     Was I by the pool area or was I on the

23    pool deck I think it was.

24    Q     So you were asked if you were near the

25    pool deck?

Page 57

```
1        A    Yeah, they asked me if I was over by the
2   pool deck.
3        Q    Did they ask you any other questions?
4        A    I think -- I don't know to tell you the
5   truth.
6        Q    Did The Breakers security guard ask if you
7   were staying at the hotel?
8        A    Yes, I think so.
9        Q    Did you answer him?
10        A    Yes.
11        Q    What did you tell him?
12        A    I asked him a question.
13        Q    What did you ask him?
14        A    Why are you asking me?
15        Q    What did he say to you?
16        A    He said because we have a disturbance at
17   the pool deck.
18        Q    Did he tell you The Breakers does not
19   allow the use of tripods?
20        A    Yes.
21        Q    And you were using a tripod?
22        A    Yes, ma'am.
23        Q    Did you tell the security guard at The
24   Breakers who first approached you on the ocean lawn
25   that you were staying at the hotel?
```

Page 58

1        A     No, ma'am.

2        Q     Why not?

3        A     Because he didn't ask me.

4        Q     The security guard at The Breakers did not

5    ask you whether you were staying at the hotel?

6        A     No, he asked if I was by the pool deck.

7        Q     Just a moment ago you told me that

8    security did ask you if you were staying at the

9    hotel.

10        A     Yes, but not during the time like you're

11   talking about right now.  They asked me that once

12   the police got there.

13        Q     Mr. James, have you watched back any of

14   your videos from your interaction with The Breakers

15   security officer on the ocean lawn?

16        A     Once I think.

17        Q     You told your followers that he had asked

18   whether you were staying at the hotel, didn't you?

19        A     I don't know, probably, yeah.

20        Q     I want to pull up the video that you

21   produced that you had titled Live at The Breakers.

22   I will mark as Exhibit 6.

23                     (Defendant's Exhibit 6, Video

24                     entitled Live at the Breakers,

25                     was marked for identification.)

Page 62

1    second mark.

2                       (Video was played.)

3    BY MS. GRIFFIN GOODMAN:

4        Q    So he was trying to explain to you and you

5    kept interrupting him; isn't that right, sir?

6        A    I don't know.

7             MR. WEIL:  You can answer.  Form.

8    BY MS. GRIFFIN GOODMAN:

9        Q    Why didn't you put the security guard on

10   your livestream?

11       A    Because I didn't want to bring down

12   another black man doing his job.

13       Q    Did you tell the security officer you

14   weren't going to speak to him or answer his

15   questions?

16       A    Yes.

17       Q    What did you think was going to happen

18   after you told security that you weren't going to

19   answer their questions?

20       A    Police were going to be called.

21       Q    Did you want them to call the police?

22       A    No, ma'am.

23       Q    But you knew that refusing to answer their

24   questions would result in the police being called?

25       A    Yes, ma'am.

Page 63

1      Q    Why didn't you just answer his questions?

2      A    Because I wanted to be treated like

3   everyone else.

4      Q    How do you know that you weren't being

5   treated like anyone else?

6      A    Because there was other people around he

7   could have asked those questions to.

8      Q    Were they filming?

9      A    I don't know.

10      Q    Did you see anyone else filming with a

11   tripod?

12      A    No, ma'am.

13      Q    Do you know what the security officer was

14   told before he approached you?

15      A    No, ma'am.

16      Q    So why do you think that he should have

17   been talking to other people?

18      A    Because I didn't know why he was talking

19   to me.

20      Q    So you didn't want to answer his questions

21   because you didn't feel he had explained to you why

22   he was talking to you?

23          MR. WEIL:  Asked and answered, form.  Keep

24      it up and we'll tell him not to answer

25      repetitively.  Go ahead.  You can answer.

Page 64

```
 1        A    Yes.
 2   BY MS. GRIFFIN GOODMAN:
 3        Q    Do you know whether The Breakers security
 4   regularly asks people whether they're a guest when
 5   interacting with them?
 6             MR. WEIL:  Form.
 7        A    No.
 8   BY MS. GRIFFIN GOODMAN:
 9        Q    I'm sorry, my audio cut out, can you
10   repeat your answer, Mr. James?
11        A    No, ma'am.
12        Q    Mr. James, I don't want to be insensitive
13   but when we first started the deposition you
14   mentioned that it is triggering to you to have to
15   show your identification, is that true?
16        A    Yes, ma'am.
17        Q    Was it triggering to you to be asked to
18   identify yourself to security?
19        A    Yes, ma'am.
20        Q    How long was your conversation with The
21   Breakers security?
22        A    I don't remember.
23        Q    What happened after the security officer
24   walked away?
25        A    The police came.
```

Page 71

1    Q    So you asked why you were being asked to

2    leave; is that right?

3    A    I think so.

4    Q    Did anyone from The Breakers try to

5    explain it to you at that time?

6    A    I don't know.

7    Q    Do you recall a security personnel, a

8    female security personnel trying to explain to you

9    why you were being asked to leave?

10   A    I recall her speaking to me.  I don't know

11   what she was trying to speak about.

12   Q    When was the first time that you told the

13   police that you were a guest at the hotel?

14   A    I think at the front desk.

15   Q    So at the time The Breakers asked you to

16   leave the property, you had not yet disclosed that

17   you were a guest staying on site?

18   A    I think that's correct.  I'm not sure.

19   Q    Why did you go to the front desk?

20   A    The police escorted me there.

21   Q    Who suggested that you go to the front

22   desk?

23   A    I think the police did.  We were walking

24   because they were taking me to get my things.

25   Q    How did the police know that you needed to

Page 72

```
 1    get things out of your room?
 2              MR. WEIL:  Form.
 3         A    A conversation came up while we were
 4    walking.  I don't know if I told them I was a guest
 5    or I just told them they had to get my things.
 6    BY MS. GRIFFIN GOODMAN:
 7         Q    So they were escorting you off the
 8    property and at that point you told them that you
 9    needed to get your things out of your room?
10         A    I'm not 100 percent sure.  I don't know.
11         Q    Did you have your room key with you?
12         A    Yes.
13         Q    Did you know where your room was?
14         A    Yes.
15         Q    Did the police ask you for your room
16    number?
17         A    I don't know.
18         Q    Did you tell the police that they could
19    find out your room number at the front desk?
20         A    Probably.
21         Q    Did the police ask you for your name?
22         A    I don't know, but I'm sure they did.
23         Q    Did you tell the police that they could
24    find out your name at the front desk?
25         A    Possibly, yes.
```

Page 73

```
 1        Q    If you had your room key, why didn't you
 2   just ask if you could go straight up to your room to
 3   get your things?
 4        A    Because I didn't want to leave.
 5        Q    What happened when you went to the front
 6   desk?
 7        A    I don't quite remember.
 8        Q    Did the front desk ask you for your ID?
 9        A    I think so.
10        Q    Did you have your ID to provide them?
11        A    I don't know.
12        Q    Did the front desk give you your room
13   number?
14        A    They might have.
15        Q    While you were walking towards the front
16   did you tell the police that due to issues I have
17   personally these things are always an issue?
18        A    Possibly, yes.
19        Q    What issues do you have personally?
20        A    It depends on what issues you're referring
21   to.
22        Q    Good point.  I think that's actually my
23   question to you.  What issues were you referring to?
24        A    Do you -- well, being different.
25        Q    What do you mean by being different?
```

```
 1                    identification.)
 2    BY MS. GRIFFIN GOODMAN:
 3         Q     With phone number (561) 629-4715.
 4    Mr. James, do you know who Jade from WPBF is?
 5         A     I don't know.
 6         Q     She says here, I interviewed you today at
 7    the literacy event and provided you some links.
 8    Does that help refresh your memory?
 9         A     I think she's a reporter.
10         Q     When was the last time you spoke with her?
11         A     Probably this incident.
12         Q     Are these the only three individuals who
13    texted you about The Breakers incident after your
14    livestream?
15         A     I don't know.
16         Q     Do you delete text messages?
17         A     Yes.
18         Q     Did you text with Ann about The Breakers
19    incident?
20         A     Yes, I'm sure.  I don't know.
21         Q     What about your sister, you said she lives
22    not too far from The Breakers property or from Palm
23    Beach.  Did you text with her at all about The
24    Breakers incident?
25         A     I don't know.
```

Page 99

1    BY MS. GRIFFIN GOODMAN:

2         Q    Is that your signature at the bottom?

3         A    Yes, ma'am.

4         Q    You say that while you were staying at The

5    Breakers you were sitting on a grass turf area

6    filming yourself reading while you were approached

7    by a security guard.  Is that true?

8         A    No, I don't think so.

9         Q    It says in paragraph five, "Before my

10   removal I was not warned or asked to stop filming,

11   to lower my volume or to refrain from any other

12   activity that violated a policy of the hotel."  Is

13   that true?

14        A    I think so.  I'm not 100 percent sure.

15        Q    You were told that The Breakers doesn't

16   allow tripods, weren't you?

17        A    Yes.

18        Q    And you kept using your tripod after the

19   security officer told you that?

20        A    Yes, ma'am.

21        Q    Paragraph six, you said, "I did not cause

22   any disturbance or violate any policy of the hotel."

23   Is that true?

24        A    Yes, ma'am.

25        Q    When you were screaming profanities into

Page 100

```
 1    your camera, you don't think that's a disturbance?

 2         A    Yes, ma'am.

 3         Q    I'm sorry, was that a yes, you do think it

 4    was a disturbance?

 5         A    Yes.

 6         Q    Did you look over this statement before

 7    you signed it?

 8         A    Yes, ma'am.

 9         Q    And we're here in this proceeding because

10    the Florida Commission initially decided that there

11    was no cause to believe discrimination occurred; is

12    that your understanding?

13         A    Yes, ma'am.

14         Q    I'm going to scroll for your benefit and

15    for your counsel's benefit.  I'm putting on the

16    screen, the petition for relief that was filed.

17    Transmittal of petition that was filed by counsel on

18    behalf of Mr. James.  We're marking it as 12.

19                        (Defendant's Exhibit 12,

20                        Transmittal of petition, was

21                        marked for identification.)

22    BY MS. GRIFFIN GOODMAN:

23         Q    Mr. James, that your signature there as

24    well?

25         A    Yes, ma'am.
```