IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-80014-CIV-CANNON

OLIVER JAMES,

    Plaintiff,
v.

FLAGLER SYSTEM, INC., a Florida corporation,
THE BREAKERS, PALM BEACH, INC.
d/b/a THE BREAKERS HOTEL, a Florida corporation,
CORRIE O'DEA, an individual, ARTHUR BIRMELIN,
an individual, GINO SILVESTRE, an individual, and
PAUL N. LEONE, an individual,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Alecsander M. Kohn, Esq., files this notice of appearance on behalf of the Plaintiff, Oliver James, in the above captioned case. The undersigned requests that all filings and notices in this case be served to the following address:

    Alecsander M. Kohn, Esq.
    Email: AKohn@weillawfirm.net
    Secondary: Ofernandez@weillawfirm.net

    Weil Law Firm, P.A.
    333 SE 2nd Avenue, Suite 2000
    Miami, FL 33131
    Telephone: (305) 372-5352

Dated: January 20, 2026

    Respectfully Submitted,

    **WEIL LAW FIRM, P.A.**
    333 SE 2nd Avenue, Suite 2000
    Miami, FL 33131
    Telephone:    305.373.5352
    Facsimile:    305.372.5355

By: */s/ Alecsander M. Kohn*
Alecsander M. Kohn, Esq.
Florida Bar No. 1038919
E-Mail: AKohn@weillawfirm.net
E-Mail: Ofernandez@weillawfirm.net

## CERTIFICATE OF SERVICE

*I hereby certify* that a true and correct copy of the foregoing was served on all counsel of record via the electronic filing system on January 20, 2026.

By: */s/ Alecsander M. Kohn*
Alecsander M. Kohn