UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:25-cv-80014-AMC

OLIVER JAMES,

    Plaintiff,

v.

FLAGLER SYSTEM, INC., a Florida corporation, THE BREAKERS PALM BEACH, INC. d/b/a THE BREAKERS HOTEL, a Florida corporation, CORRIE O'DEA, an individual, and PAUL N LEONE, an individual,

    Defendant.

_____/

## DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF ELECTRONIC VIDEO FILES IN SUPPORT OF MOTION FOR SANCTIONS

Defendants, Flagler System, Inc., The Breakers Palm Beach, Inc. d/b/a The Breakers Hotel, Corrie O'Dea, and Paul Leone (collectively, "Defendants"), by and through counsel, pursuant to this Court's Order dated January 20, 2026 [DE 61], hereby provide notice that a DataTraveler USB drive is being filed conventionally containing the following video files:

1. Plaintiff's TIKTOK feed: LIVE video at Breakers Hotel.mp4 (produced by Plaintiff to The Breakers Palm Beach Inc. in the Division of Administrative Hearings proceeding on or about 9/26/2024)

2. The Breakers' security footage: 231113092714 SoutheastRooftopPTZ (1) 1.wmv (from The Breakers Palm Beach Inc. security system produced to Plaintiff in the Division of Administrative Hearings proceeding on 10/1/2024 as Bates number BREAKERS-0029)

3. Palm Beach Police Department body camera footage: Extraction 1.1 Extraction 2.1 Ofc Rothenburg BWC 23-317070.mp4 (received by The Breakers Palm Beach, Inc. in response to public records request and produced to Plaintiff in the Division of Administrative Hearing proceeding on 10/15/2024 as Bates number BREAKERS-0401)

4. Palm Beach Police Department body camera footage: Extraction 1.1 Ofc Burgoon BWC 23-317070 1.mp4 (received by The Breakers Palm Beach, Inc. in response to public records request and produced to Plaintiff in the Division of Administrative Hearings proceeding on 10/15/2024 as Bates number BREAKERS-0402)

5. Palm Beach Police Department body camera footage: Extraction 1.1 Ofc Burgoon BWC 23-317070 2.mp4 (received by The Breakers Palm Beach, Inc. in response to public records request and produced to Plaintiff in the Division of Administrative Hearings proceeding on 10/15/2024 as Bates number BREAKERS-0403)

6. Palm Beach Police Department body camera footage: Extraction 1.1 Ofc Ostrander BWC 23-317070 1.mp4 (received by The Breakers Palm Beach, Inc. in response to public records request and produced to Plaintiff in the Division of Administrative Hearings proceeding on 10/15/2024 as Bates number BREAKERS-0404)

Date: January 21, 2026

Respectfully submitted,

**GUNSTER, YOAKLEY & STEWART, P.A.**
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
(561) 655-1980

*/s/ Holly Griffin Goodman*
**Gregor J. Schwinghammer, Esq.**
Florida Bar No. 90158
gschwinghammer@gunster.com
jfirogenis@gunster.com
eservice@gunster.com
**Holly Griffin Goodman, Esq.**
Florida Bar No. 93213
hgoodman@gunster.com
lmusco@gunster.com
**Ryan C. Childress, Esq.**
Florida Bar No. 1049623
rchildress@gunster.com
mmargolese@gunster.com

*Attorneys for Defendants*

## SERVICE LIST

**WEIL LAW FIRM, P.A.**
**201 SOUTH BISCAYNE BOULEVARD**
**CITIGROUP CENTER, 27TH FLOOR**
**MIAMI, FL 33131**
**(305) 372-5352**
**RONALD WEIL**
RWEIL@WEILLAWFIRM.NET
SERVICE@WEILLAWFIRM.NET
AKOHN@WEILLAWFIRM.NET
OFERNANDEZ@WEILLAWFIRM.NET

*ATTORNEYS FOR PLAINTIFF*

ACTIVE:39078580.1